# Order

**Michigan Supreme Court**
**Lansing, Michigan**

March 3, 2015

149680

Robert P. Young, Jr.,
Chief Justice

Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

PARIS DERON PALMER,
      Defendant-Appellant.

SC: 149680
COA: 319437
Calhoun CC: 2009-002989-FC

_____/

      On order of the Court, the application for leave to appeal the June 2, 2014 order of the Court of Appeals is considered, and it is DENIED, because the defendant has failed to meet the burden of establishing entitlement to relief under MCR 6.508(D).



      I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

March 3, 2015



Clerk

h0223